UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Ladrach                                   Docket No. 5:15-CR-277-1H

Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Robert Ladrach, who, upon an earlier plea of guilty to Conspiracy to Commit Mail and Wire Fraud, was sentenced in the Southern District of Florida by the Honorable Paul C. Huck, United States District Judge on February 12, 2010, to the custody of the Bureau of Prisons for a term of 91 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Robert Ladrach was released from custody on September 17, 2014, at which time the term of supervised release commenced. Jurisdiction was transferred to the Eastern District of North Carolina on September 25, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been on supervised release for a year and a half. Since his release, he has maintained employment at MCR Audio Visual in Cary, North Carolina full-time. He has remained in compliance with his conditions and has completed his annual community service requirement. Based on his compliance and his full-time employment, the probation office is respectfully recommending that the remainder of his community service requirement be removed.

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring that if the defendant is employed full-time, the defendant shall perform 400 hours of community service per year of supervised release as monitored by the U.S. Probation Officer. If the defendant is unemployed, the defendant shall perform 1,400 hours of community service per year of supervised release as monitored by the U.S. Probation Officer. If the defendant is employed part-time, the defendant shall perform a pro-rated number of community service hours per year of supervised release as determined and monitored by the U.S. Probation Officer, be removed.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: May 9, 2016 |

Robert Ladrach
Docket No. 5:15-CR-277-1H
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this ___10th___ day of ___May___, 2016 and ordered filed and made a part of the records in the above case.

_____
Malcom J. Howard
Senior U.S. District Judge